DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRENCE A. DAVIS,**
Appellant,

v.

**DEPARTMENT OF BUSINESS & PROFESSIONAL REGULATION,
ELECTRICAL CONTRACTORS' LICENSING BOARD,**
Appellee.

No. 4D14-3677

[October 20, 2015]

Appeal from the State of Florida, Department of Business and Professional Regulation, Electrical Contractors' Licensing Board; L.T. Case No. DOAH 13-4671.

Terrence A. Davis, North Lauderdale, pro se.

Pamela Jo Bondi, Attorney General, and Deborah Bartholow Loucks, Assistant Attorney General, Tallahassee, for appellee.

PER CURIAM.

We affirm a final order of the Electrical Contractors' Licensing Board which denied appellant's application for an upgrade of his electrical contracting license, suspended as a result of his failure to pay child support. *See* § 409.2598(5)(a)1.; § 455.203(9), Fla. Stat. (2009). Appellee concedes appellant may re-apply to grandfather his registered electrical and registered alarm contractor licenses to certified electrical contractor by submitting a new application before November 1, 2015.

*Affirmed.*

WARNER, LEVINE and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***